IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW1:07CR46 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| MICHAEL GLENN POPE. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and BRANCH BANKING & TRUST.:

A judgment was entered on June 30, 2008, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Michael Glenn Pope, whose last known address is XXXXXXXXXXX, Catawba, NC 28609, in the sum of $148,745.79. The balance on the account as of April 7, 2011, is $148,395.79.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Branch Banking & Trust (BB&T) is commanded to **turn over property** in which the defendant, Michael Glenn Pope, has a substantial nonexempt interest, the said property being funds located in Branch Banking & Trust (BB&T) accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of Michael Glenn Pope, at the following address: CT Corporation System, 150 Fayetteville St, Box 1011, Raleigh, NC 27601.

Signed: April 28, 2011

Frank G. Johns, Clerk
United States District Court