IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW1:07CR46 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| MICHAEL GLENN POPE. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and BANK OF AMERICA.:

A judgment was entered on June 30, 2008, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Michael Glenn Pope, whose last known address is XXXXXXXXXX, Catawba, NC 28609, in the sum of $148,745.79. The balance on the account as of April 7, 2011, is $148,395.79.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Bank of America is commanded to **turn over property** in which the defendant, Michael Glenn Pope, has a substantial nonexempt interest, the said property being funds located in Bank of America accounts including, but not limited to, checking account, savings accounts and Individual Retirement Accounts (IRAs), in the name of Michael Glenn Pope, at the following address: Bank of America, 1425 NW 62nd St, Fort Lauderdale, FL 33309, Attention: Legal Department.

Signed: April 28, 2011

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court