IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW1:07CR46 |
| | ) | (Financial Litigation Unit) |
| MICHAEL GLENN POPE, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| CATAWBA VALLEY KNITTING, | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown,

it is ORDERED that the Writ of Garnishment filed May 23, 2011, (Docket No. 70), in this case

against the defendant, Michael Glenn Pope, is DISMISSED.

Signed: August 23, 2011

Dennis L. Howell
United States Magistrate Judge